CHANTELLE, Appellant,

v.

DE MILLUS COMERCIO E
INDUSTRIA DE ROUPAS
S.A., Appellee.

No. 04–1289.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

Before MICHEL, Chief Judge,
NEWMAN and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

SHOCK–TEK, L.L.C., Plaintiff–
Appellant,

v.

TREK BICYCLE CORPORATION and
eTrek, L.L.C., Defendants–
Appellees.

No. 04–1324.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

Before MICHEL, Chief Judge,
NEWMAN and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.